UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN PERSAUD,

      Plaintiff,

  -against-

METROPOLITAN TRANSPORTION
AUTHORITY, et al.,

      Defendants.

Case No. 1:25-cv-04600 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 2, 2026, the Court entered an order scheduling this matter for an initial pretrial conference on April 27, 2026.  *See* Dkt. 14.  That order directed the parties to confer with each other prior to the conference and, in accordance with the Court's Individual Rules, file a joint letter and proposed case management plan "no later than ten calendar days before the conference date."  *Id.* at 1.  The parties failed to do so.  Accordingly, the Court adjourned the initial pretrial conference to May 20, 2026, and advised the parties to comply with their pre-conference obligations.  *See* Dkt. 15.  On May 11, 2026, Defendant Metropolitan Transportation Authority ("Defendant") filed a letter and proposed case management plan, and noted that Plaintiff Steven Persaud ("Persaud") — who is proceeding in this matter *pro se* — had not responded to its efforts to confer pre-conference.  *See* Dkt. 16.

On May 20, 2026, the parties appeared for the initial pretrial conference.  The Court reviewed the proposed case management plan with the parties and asked Plaintiff whether he had begun preparing documents for production to Defendant.  Plaintiff responded that he had not. The Court asked Plaintiff whether he planned to comply with his discovery obligations in accordance with the dates set down in the proposed case management plan.  Plaintiff responded

that he would not comply.  After further inquiry, Plaintiff stated that he did not wish to proceed with this matter and that Court should dismiss it.

Therefore, based on Plaintiff's request on the record at the initial pretrial conference on May 20, 2026, this action is DISMISSED.  The Clerk of Court is respectfully directed to close the case.

Dated:  May 20, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge